IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                           ORDER

        Plaintiff,

                                        07-cr-82-jcs

   v.

JEFFERY LORANGER,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

     Plaintiff has written a letter asking that he be appointed new counsel for his appeal to the Court of Appeals for the Seventh Circuit. I cannot appoint substitute counsel for him or relieve his current counsel of the continued obligation to represent him on the appeal. Only the court of appeals has authority to act on his request. If defendant wants new counsel to prosecute his appeal, he will have to apply directly to the court of appeals.

     Entered this 22d day of February, 2008.

                                        BY THE COURT:
                                        /s/
                                        BARBARA B. CRABB
                                        District Judge

1